UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05-cv-00929-EWN-OES

POPULAR, INC.,

    Plaintiff,

v.

CARLOS DEL RIO d/b/a
<popularmortgageinc.com>,
MICHAEL BUTCHER, and
POPULAR MORTGAGE, INC.,

    Defendants.

---

PERMANENT INJUNCTION AND FINAL ORDER

---

Upon consideration of the Settlement Agreement and Consent to Permanent Injunction, and this Court being fully award of the premises, the Court makes the following findings of fact and conclusions of law:

1. This Court has jurisdiction over the Plaintiff, Popular, Inc., and Defendants Carlos del Rio d/b/a <popularmortgageinc.com>, Michael Butcher, and Popular Mortgage, Inc. (hereinafter collectively referred to as "Defendants"), and the Subject Matter of this action.

2. Popular is the owner of the distinctive trademarks indexed as Exhibit "A" hereto and hereinafter referred to as the "Popular Trademarks". The registrations are valid and subsisting and are conclusive proof of Popular's rights to the marks noted.

3. Defendants stipulate and agree to entry of a Permanent Injunction forever enjoining Defendants from the sale, offer for sale, advertising, promotion, marketing, or distribution of any mortgage products or services, or other commercial exploitation of any kind, in conjunction with or bearing unauthorized simulations, reproductions, counterfeits, copies, or colorable imitations of any of the Popular Trademarks or bearing a design or image which is of a substantially similar appearance to any of the Popular Trademarks.

In view of the foregoing:

IT IS ORDERED AND ADJUDGED that a Permanent Injunction is entered as to Defendants, pursuant to Fed. R. Civ. P. 65, enjoining Defendants, its agents, servants, employees, and attorneys, and those persons in active concert or participation with them who receive actual notice of this Order by personal service or otherwise:

A. From further infringing the Popular Trademarks by selling, marketing, offering for sale, advertising, promoting, or displaying any mortgage products or services not authorized by Popular in conjunction with or bearing any simulation, reproduction, counterfeit, copy, or colorable imitation of the Popular Trademarks including, but not limited to, utilizing any business cards, written or visual advertisements, signs, drawings, World Wide Web pages, pamphlets, flyers, or related visual work which bear any of the Popular Trademarks;

B. Using any simulation, reproduction, counterfeit, copy, or colorable imitation of any of the Popular Trademarks in connection with the promotion, advertisement, display, sale, or offering for sale of any mortgage products or services in such fashion as to relate or connect, or tend to relate or connect, such services in any way to Popular, or to any goods or services sold,

manufactured, sponsored, or approved by Popular;

C. Making any statement or representation whatsoever, or using any false designation of origin or false description, or performing any act which can or is likely to lead the trade or public, or individual members thereof, to believe that any real estate properties or services offered by the Defendants are in any manner associated or connected with Popular, or are sold, licensed, sponsored, approved, or authorized by Popular;

D. Engaging in any other activity constituting unfair competition with Popular, or constituting an infringement of any of the Popular Trademarks or of Popular's rights in, or to use or to exploit, said Popular Trademarks, or constituting any dilution of any of Popular's names, reputations, or goodwill;

E. Effecting assignment or transfers, forming new entities or associations or utilizing any other device or for the purpose of circumventing or otherwise avoiding the prohibitions set forth in subparagraphs A through D.

It is further ORDERED AND ADJUDGED,

That this Court shall retain jurisdiction of this action for purposes of enforcing the provisions of the Permanent Injunction and Final Order by way of contempt or otherwise. Defendants agrees not to contest the validity of any of the Popular Trademarks in any such proceedings.

It is further ORDERED AND ADJUDGED,

That the parties waive appeal of this Permanent Injunction and Final Order.

It is further ORDERED AND ADJUDGED,

That this Permanent Injunction and Final Order shall operate as a final judgment as to Defendants.

It is further ORDERED AND ADJUDGED,

That each party to this Permanent Injunction and Final Order shall bear its own attorneys' fees and costs of this action.

Dated this  5th  day of August, 2005.

s/Edward W. Nottingham
Edward W. Nottingham
United States District Judge